IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMUND P. ZYNDA<br>7215 Patton Drive<br>Woodbine MD 21797<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>THE HONORABLE MICHAEL W. WYNN<br>Secretary of the Air Force<br>1670 Air Force Pentagon<br>Washington, D.C. 20330-1670<br><br>　　　　　　Defendant. | Civil Action No. 06-1183 (ESH) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_/s/ Claire Whitaker_
CLAIRE WHITAKER, D.C. BAR # 354530
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C. 20530
(202) 514-7137