**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDMUND P. ZYNDA )<br>)<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>THE HONORABLE MICHAEL W. WYNN )<br>Secretary of the Air Force )<br>)<br>    *Defendant*. )<br>) | Civil Action No.1:06CV01183(ESH) |

**PLAINTIFF'S FIRST UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**
**TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, Edmund P. Zynda, through undersigned counsel, respectfully submits this unopposed motion for an enlargement of time in which to respond to Defendant's motion to dismiss. Plaintiff's response currently is due on October 23, 2006. Plaintiff requests an enlargement of 30 days which, if granted, would make his response due on November 20, 2006.

Plaintiff makes this motion because undersigned counsel: (1) recently experienced a death in his family which required his travel to New Orleans, Louisiana; (2) was required to travel to Atlanta, GA for mediation in another federal matter; and (3) had two briefs due in unrelated matters before this Court.

Undersigned counsel contacted counsel for Defendant who kindly agreed to not oppose this motion. Plaintiff respectfully requests that the Court grant his motion for a 30 day enlargement of time.

Respectfully submitted,

/s/

Raymond J. Toney (Bar No. NY0066)
*Attorney for Plaintiff*

The Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656  Fax: 718-504-4735
E-mail: rjtoney@rjtlaw.net