UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDMUND P. ZYNDA | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No.1:06CV01183(ESH) |
| THE HONORABLE MICHAEL W. WYNN<br>Secretary of the Air Force | ) |
| *Defendant*. | ) |

**ORDER**

Upon consideration of Plaintiff's unopposed motion for an enlargement of time in which to respond to Defendant's motion to dismiss, and the Court having considered the entire record herein,

it is, this _____ day of _____, 2006,

ORDERED that Plaintiff's motion is granted, and it is

FURTHER ORDERED that Plaintiff's response shall be due by November 20, 2006.

SO ORDERED.

_____
United States District Judge