## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

EDMUND P. ZYNDA                                    )
                                                   )
         *Plaintiff*,                              )
                                                   )
    v.                                             )        Civil Action No. 1:06CV01183 ESH
                                                   )
THE HONORABLE MICHAEL W. WYNN                      )
Secretary of the Air Force                         )
                                                   )
         *Defendant*.                              )
_____)


### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Edmund P. Zynda, hereby notices the Court and Defendant of his dismissal of this action without prejudice. This action is taken pursuant to Fed. R. Civ. P. Rule 41(a)(1). Defendant has not yet filed an answer or motion for summary judgment.


Respectfully submitted,

/s/

Raymond J. Toney (NY0066)
*Attorney for Plaintiff*

Law Office of Raymond J. Toney
34-16 30th Avenue, Third Floor
Astoria, NY 11103
Tel: 718-726-3656
E-mail: rjtoney@rjtlaw.net